FILED

10/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0215

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0215

_____

CITY OF MISSOULA,

     Plaintiff and Appellee,

v.

JOHN RAY ADAMS,

     Defendant and Appellant.

ORDER

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert L. Deschamps, III, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 13 2021